JAMES O'BRIEN, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.—

Present —
Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.
In the Matter of the Claim made by VINCENT IANNI, Appellant.
MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.
ANTHONY CELESTE et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 36459.) —